**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL ALBERTO ARANGUREN-CAMPOS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1827-KC** |
| | § | |
| **WARDEN ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 6, 2026, Daniel Alberto Aranguren-Campos, a Venezuelan citizen subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1. The Court ordered Respondents to show cause why the Petition should not be granted and to state whether Aranguren-Campos is subject to a final removal order, and if so, the date it became administratively final. Show Cause Order 2, ECF No. 2.

Respondents have now filed their Response, ECF No. 5, and in support, attach the Declaration of Deportation Officer Omar Flores ("Flores Decl."), ECF No. 5-1. According to Flores, "[o]n July 10, 2026, ERO served [Aranguren-Campos] with a Notice of Third Country [Removal] to Mexico." Flores Decl. ¶ 5. Aranguren-Campos declined to consent to be removed to Mexico. *See id.* As for Venezuela, Flores explains that there are "no removal flights . . . due to the recent earthquake and the resulting disruption to flight operations." *Id.* ¶ 6. "[T]he timeline to remove [Aranguren-Campos] is currently unknown." *Id.* ¶ 7. However, according to Flores, "ERO anticipates that it will be able to remove [Aranguren-Campos] in the near future."

*Id.* Although it is clear from the Response that Aranguren-Campos is subject to a final order of removal, it is not clear when that order became administratively final. *See generally id.*; Resp.

Nevertheless, given the length of Aranguren-Campos' detention and that Aranguren-Campos' removal to Mexico or another third country would likely moot the Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than August 24, 2026**, detailing the following:

(1) the date on which Aranguren-Campos' removal order became administratively final;

(2) whether Aranguren-Campos has consented to be removed to Mexico; and if so, whether he was removed to Mexico;

(3) whether Respondents have identified a third country other than Mexico for Aranguren-Campos' removal, and if not, the anticipated timeline for identification;

(4) if Respondents have identified a third country for Aranguren-Campos' removal, whether Respondents have submitted a request for travel documents to that country on Aranguren-Campos' behalf, and if not, the anticipated timeline for submission; and

(5) the anticipated timeline for Aranguren-Campos' removal from the country.

**SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE