**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL ALBERTO ARANGUREN-CAMPOS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1827-KC** |
| | § | |
| **WARDEN ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 6, 2026, Daniel Alberto Aranguren-Campos, a Venezuelan citizen subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1. On July 23, the Court ordered Respondents to file a status report by August 24 stating the date on which Aranguren-Campos' removal order became administratively final and detailing their efforts to remove Aranguren-Campos from the country. July 23, 2026, Order, ECF No. 6.

On July 24, Aranguren-Campos filed a Reply, ECF No. 8. Attached to his Reply is an Order of Supervision ("OSUP") dated December 22, 2017, which indicates that he was ordered removed from the United States on March 10, 2009.

On August 24, Respondents filed a Response, ECF No. 10, in which they state that Aranguren-Campos was ordered removed from the country on February 15, 2018. *Id.* at 1. In support of this contention, they attach the Declaration of Deportation Officer Omar Flores, ECF No. 10-1.

Because there is conflicting evidence about the date Aranguren-Campos' removal order became administratively final and the Court cannot discern for how long Aranguren-Campos was previously detained after entry of his final removal order, the Court finds it appropriate to order a supplemental response.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a supplemental response **by no later than September 1, 2026**, detailing:

(1) why Aranguren-Campos' OSUP reflects that he has a final removal order dated March 10, 2009, if it is Respondents' contention that his removal order became administratively final on February 15, 2018, and any evidence in support of Respondents' position;

(2) whether Aranguren-Campos has previously been detained in immigration custody at any point after March 10, 2009, and if so, when and for how long.

**SO ORDERED**.

**SIGNED this 25th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE